UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

    -against-

BANK OF NEW YORK MELLON
CORPORATION,

                Defendant.
------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

19 **CIVIL** 2810 (VEC)
19 **CIVIL** 2811 (VEC)
19 **CIVIL** 2812 (VEC)
19 **CIVIL** 2813 (VEC)
19 **CIVIL** 3278 (VEC)
**JUDGMENT**

    -against-

CITIBANK,

                Defendant.
------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

    -against-

MORGAN STANLEY SMITH BARNEY LLC,

                Defendant.
------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

    -against-

TIAA, FSB d/b/a TIAA Bank,

                Defendant.
------------------------------------------------------------X

------------------------------------------------------X
WILLIAM GRECIA,
      Plaintiff,

   -against-

SAMSUNG ELECTRONICS AMERICA, INC.,
      Defendant.
------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2020, Defendants' motions are GRANTED. Grecia's complaints are dismissed with prejudice without leave to amend; accordingly, the cases are closed.

**Dated:** New York, New York
   March 16, 2020

               **RUBY J. KRAJICK**

               **Clerk of Court**
         **BY:** *[signature]*
               **Deputy Clerk**