
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
WILLIAM GRECIA,
                 Plaintiff,

-against-

BANK OF NEW YORK MELLON CORPORATION,
                 Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,
                 Plaintiff,

19 **CIVIL** 2810 (VEC)
19 **CIVIL** 2811 (VEC)
19 **CIVIL** 2812 (VEC)
19 **CIVIL** 2813 (VEC)
19 **CIVIL** 3278 (VEC)

**AMENDED JUDGMENT**

-against-

CITIBANK,
                 Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,
                   Plaintiff,

-against-

MORGAN STANLEY SMITH BARNEY LLC,
                 Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,
                   Plaintiff,

-against-

TIAA, FSB d/b/a TIAA Bank,
                 Defendant.
-----------------------------------------------------------X

---------------------------------------------------------X
WILLIAM GRECIA,
                             Plaintiff,

       -against-

SAMSUNG ELECTRONICS AMERICA, INC.,
                              Defendant.
---------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated April 24, 2020, Defendants' motions are GRANTED. Grecia's complaints are dismissed with prejudice without leave to amend; accordingly, the cases are closed.

**Dated:** New York, New York
          April 28, 2020

                                                                      **RUBY J. KRAJICK**
                                                                      _____
                                                                      **Clerk of Court**
                                         **BY:**
                                                                         **Deputy Clerk**